UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| REGINALD CLEMONS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17CV2739 HEA |
| JOSEPH BRAUER, et al., | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

On October 9, 2018, counsel with the St. Louis City Counselor's Office advised that service would not be waived for defendants Joseph Brauer, Chris Pappas, Ben Coleman, and Nels C. Moss because these individuals are no longer employed by the City of St. Louis. Therefore, the Court will order counsel to submit, under seal and *ex parte*, the last known home addresses for defendants Joseph Brauer, Chris Pappas, Ben Coleman, and Nels C. Moss.

Accordingly,

**IT IS HEREBY ORDERED** that counsel shall file, under seal and *ex parte*, the last known home addresses for defendants Joseph Brauer, Chris Pappas, Ben Coleman, and Nels C. Moss within fourteen (14) days of the date of this Memorandum and Order.

Dated this 9th day of October, 2018.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE