**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REGINALD CLEMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17CV2739  HEA |
| | ) | |
| JOSEPH BRAUER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court following the Office of the St. Louis City Counselor's response to the Court's Order dated October 9, 2018.  The Counselor's Office stated that the St. Louis Metropolitan Police Department has no record of ever employing defendant Ben Coleman. The Counselor's Office also responded that defendant Nels C. Moss is deceased.

The Court will require plaintiff to show cause why defendants Ben Coleman and Nels C. Moss should not be dismissed from this action under Rule 4(m) of the Federal Rules of Civil Procedure, which requires that service be completed within 120 days of the filing of the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than fourteen (14) days from the date of this Order, plaintiff must show cause why defendants Ben Coleman and Nels C. Moss should not be dismissed from this action.

Dated this 12th day of October, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE