UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD CLEMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17CV2739 HEA |
| JOSEPH BRAUER, et al., | ) ) ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon the Office of the City Counselor's response to the Court's Order dated October 9, 2018. *See* ECF No. 13 (filed ex parte under seal). As plaintiff is proceeding in forma pauperis, the Court will order the Clerk of Court to effectuate service of process on defendants Joseph Brauer and Chris Pappas through the United States Marshal's Office. A copy of the summons and return of summons shall be filed under seal and will not be served on plaintiff, as these documents will contain Mr. Brauer and Mr. Pappas' last known home addresses.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue upon the complaint as to defendants Joseph Brauer and Chris Pappas. Service shall be effectuated at the address provided by the Assistant City Counselor in his response to the Court's Order of October 9, 2018. [ECF No. 13]

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office through summons, pursuant to Fed. R. Civ. P. 4. *See* 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff, as these documents will contain defendants Brauer and Pappas's last known home address.

Dated this 12th day of October, 2018.

                                                HENRY EDWARD AUTREY
                                        UNITED STATES DISTRICT JUDGE