UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD CLEMONS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:17CV2739 HEA |
| JOSEPH BRAUER, et al., | ) ) ) |
| Defendants. | ) ) |

**JUDGMENT**

In accordance with the Opinion, Memorandum, and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendants and against Plaintiff.

Dated this 12th day of April, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE